# ELECTRONIC RECORD

COA # 02-13-00526-CR          OFFENSE: 22.021

STYLE: Quentin Washington v. The State of Texas          COUNTY: Denton

COA DISPOSITION: AFFIRM          TRIAL COURT: 211th District Court

DATE: 02/05/2015          Publish: NO    TC CASE #: F-2012-2475-C

## IN THE COURT OF CRIMINAL APPEALS

STYLE: Quentin Washington v. The State of Texas          CCA #: 227-15

_____PRO SE_____ Petition          CCA Disposition: _____

FOR DISCRETIONARY REVIEW IN CCA IS:          DATE: _____

_____REFUSED_____          JUDGE: _____

DATE: 06/17/2015          SIGNED: _____     PC: _____

JUDGE: _____Per Curiam_____          PUBLISH: _____     DNP: _____

---------------------------

_____ MOTION FOR

REHEARING IN CCA IS: _____

JUDGE: _____

**ELECTRONIC RECORD**